**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-75T** **DATE: June 28, 2005**

**TITLE: USA v. Alexis Bautista-Lara**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Zech Chafee, AUSA
Kevin Fitzgerald, Esq.
Maureen Legault, Pretrial Services
Ana-Cecilia Rosado, Interpreter

**PROCEEDINGS:**

Arraignment and Detention Hearing:

Court informs Deft of rights and charge.
Deft understands rights and charge.
Deft pleads not guilty.
Arraignment order entered.
INS Detainer.
Govt requests detention.
No argument by Deft Counsel.
Deft remanded to custody.