UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 05-75T |
| | : | |
| ALEXIS BAUTISTA-LARA | : | |

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

The financial inability of Defendant to retain counsel having been determined by the Court, it is hereby ORDERED that the Federal Public Defender be appointed to represent said Defendant in this cause until further order of the Court.

By Order

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
June 28, 2005