AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Alexis Bautista-Lara

APPEARANCE

CASE NUMBER: CR05-75T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Alexis Bautista-Lara

I certify that I am admitted to practice in this court.

6-28-05
*Date*

[signature]
*Signature*

Kevin J. Fitzgerald
*Print Name* *Bar Number*

10 Weybosset St
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-528-4281
*Phone Number* *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.