1036328

RECEIVED
JUN 15 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ALEXIS BAUTISTA-LARA

**WARRANT FOR ARREST**

CASE NUMBER: CR05-75T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ALEXIS BAUTISTA-LARA
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY

in violation of
Title 8 United States Code, Section(s) 1326(a) and (b)(2)

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

Signature of Issuing Officer

June 15, 2005 - PROVIDENCE, RI
Date and Location

Bail fixed at
$ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Central Falls, RI by BICE | | |
| DATE RECEIVED 06/15/2005 | NAME AND TITLE OF ARRESTING OFFICER Robert D Young DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 06/29/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.