**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-075T** |
| | ) | |
| **ALEXIS BAUTISTA-LARA** | ) | |

---

## MOTION FOR CONTINUANCE OF TRIAL

Now comes the accused, Alexis Bautista-Lara, by and through his counsel, and moves this Honorable Court to continue the trial of this matter to the Court's September trial calendar. As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8). Counsel for both parties have been diligently engaged in discovery in this matter, and have begun discussions in an attempt to resolve the matter without the need for trial. In addition, counsel is court excused for the week of August 8, 2005.

The exclusion of a period of thirty (30) days in this matter will allow counsel for the accused to fully research the legal issues, sentencing issues, and discuss a possible plea with the Defendant. Finally, the Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

The Government, through AUSA Zechariah Chafee, has stated it has no objection to this requested continuance.

Respectfully submitted
Alexis Bautista-Lara
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to Zechariah Chafee, Assistant United States Attorney, on July 28, 2005