**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR05-0075T** |
| | ) | |
| **ALEXIS BAUTISTA-LARA** | ) | |

**NOTICE OF DEFENDANT'S INTENTION TO PLEAD GUILTY**

Now comes Alexis Bautista-Lara, the Defendant in the above captioned matter, by and through his counsel, and pursuant to Rule 11 of the Federal rules of Criminal Procedure, notifies the Court of his intention to plead guilty to the instant indictment.

Respectfully Submitted
Alexis Bautista-Lara,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

**Certification**

I hereby certify that I caused this motion to be delivered to AUSA Zechariah Chafee, 50 Kennedy Plaza, 8th Floor, Providence 02903 on this the 26th day of August, 2005.