**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-075T** |
| | ) | |
| **ALEXIS BAUTISTA-LARA** | ) | |

---

**NOTICE OF APPEAL**

NOW COMES the defendant, Alexix Bautista-Lara, and notices his appeal to the United States Court of Appeals for the First Circuit of his sentence imposed on March 28, 2006.

Respectfully submitted
Alexis Bautista-Lara
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to Zechariah Chafee, Assistant United States Attorney, on March 28, 2006.