MANDATE

05-00075 USDC/RI Torres

# United States Court of Appeals
## For the First Circuit

---

No. 06-1654

UNITED STATES,

Appellee,

v.

ALEXIS BAUTISTA-LARA,

Defendant, Appellant.

---

Before

Boudin, Chief Judge,
Torruella and Lynch, Circuit Judges.

---

JUDGMENT

Entered: October 3, 2007

Alexis Bautista-Lara pleaded guilty to reentering illegally and being found in the United States after being deported. He conceded at sentencing that the guideline range of 46-57 months was correct. In this appeal, he argues that the district court should have granted a Booker variance below the guideline range.

"[A] defendant who attempts to brand a within-the-range sentence as unreasonable must carry a heavy burden." United States v. Pelletier, 469 F.3d 194, 204 (1st Cir. 2006). Bautista chose to reenter this country in derogation of a sentence of probation for cocaine distribution and other pending Massachusetts and Rhode Island drug charges. In the course of his continuing violation of 8 U.S.C. § 1326, see United States v. Jimenez-Borja, 378 F.3d 853, 857 (9th Cir. 2004), he also tripped at least one guideline provision that penalizes such recidivist conduct, be it §4A1.1(d) or §4A1.1(e). Significantly, Bautista pleaded guilty to the offense date that brought §4A1.1(e) into play. But even assuming that his real offense date is August 2004, as he claims, we are not persuaded by his argument that the application of §4A1.1(d) in the

alternative would frustrate the purpose of the guidelines. Bautista made no showing that he was powerless to close his term of probation (assuming all that remained was settlement of court costs).

Bautista also complains that the district court did not adequately discuss the other factors in 18 U.S.C. § 3553(a). His primary argument at sentencing was that the nature and circumstances of his offense justified a variance. See § 3553(a)(1). Having rejected the argument, the district court substantially complied with the statute.

Affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10/25/07

[cc: Randy Olen, Esq., Zechariah Chafee, AUSA, Donald Lockhart, AUSA]